| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Jeffrey B. Isaacs (SBN 117104); Jerome H. Friedberg (SBN 125663); William Wargo (SBN 189987) |
| Isaacs \| Friedberg LLP |
| 555 South Flower Street, Suite 4250 |
| Los Angeles, California 90071 |
| Phone: (213) 919-5550; |
| Email: jisaacs@ifcounsel.com; jfriedberg@ifcounsel.com; wwargo@ifcounsel.com |
| ATTORNEY(S) FOR: Plaintiff John Joe |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN JOE, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-04366 |
| v. | |
| UNITED STATES OF AMERICA, et al., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff John Joe
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kristi Koons Johnson | Defendant |

May 25, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff John Joe