Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:  (213) 955-5794
Email:   *jisaacs@ifcounsel.com*
         *jfriedberg@ifcounsel.com*
         *wwargo@ifcounsel.com*

Attorneys for Plaintiff John Joe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOE,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**UNITED STATES OF AMERICA;**<br>**TRACY L. WILKISON,**<br>　in her official capacity only;<br>**KRISTI KOONS JOHNSON**,<br>　in her official and individual<br>　capacities; and<br>**DOE UNIDENTIFIED FEDERAL**<br>**LAW ENFORCEMENT AGENTS**<br>**1-10,**<br>　in their individual capacities,<br><br>　　　　Defendants. | Case No.   2:21-cv-04366<br><br>**NOTICE OF RELATED**<br><br>**CASES [Local Rule 83-1.3.1]** |

1

**NOTICE OF RELATED CASES**

489336.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff John Joe hereby provides notice of eight related cases pursuant to Local Rule 83-1.3.1.

This case is related to the following civil cases pending in this district before United States District Judge Gary R. Klausner:

(a)  *John Doe v. United States of America, et al.*, Case No. 2:21-cv-02803, filed on March 31, 2021;

(b)  *Richard Roe v. United States of America, et al.*, Case No. 2:21-cv-02919, filed on April 5, 2021;

(c)  *Michael Moe v. United States of America, et al.*, Case No. 2:21-cv-02990, filed on April 6, 2021;

(d)  *Charles Coe. v. United States of America, et al.*, Case No. 2:21-cv-03019, filed on April 7, 2021;

(e)  *DOES 1-6 v. United States of America, at al.*, Case No. 2:21-cv-03254, filed on April 15, 2021;

(f)  *Mitchell Magee v. United States of America, et al.*, Case No. 2:21-cv-03298, filed on April 16, 2021;

(g)  *Louis Loe v. United States of America, et al.*, Case No. 2:21-cv-03348, filed on April 19, 2021; and

(h)  *Search and Seizure of Box No. 8309 at U.S. Private Vaults v. United States of America*, Case No. 2:21-cv-03554, filed on April 26, 2021.

This case is related to all of the above civil cases for the following reasons.

*First*, they all arise from the same or a closely related transaction, happening, or event. In particular, all cases involve plaintiffs who leased safe deposit boxes at U.S. Private Vaults ("**USPV**"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the government's unlawful seizure and search of those safe deposit boxes without probable cause, in violation of plaintiffs' Fourth Amendment rights.

*Second,* all cases call for the determination of the same or substantially related or similar questions of law and fact. In particular, all cases require the determination of whether the government's seizure, search, inventorying and retention of the contents of plaintiffs' USPV safe deposit boxes was in violation of their Fourth and Fifth Amendment rights, and, if so, what relief is authorized and appropriate.

*Third*, because the United States is a defendant in all of these cases and they all seek some of the same relief, there would be a substantial duplication of labor if this case and the cases assigned to Judge Klausner were heard by different judges.

Respectfully submitted,

DATED: May 25, 2021   **ISAACS | FRIEDBERG LLP**

_____
Jeffrey B. Isaacs, Esq.
Jerome H. Friedberg, Esq.
William A. Wargo, Esq.
*Attorneys for Plaintiff John Joe*