# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Joe<br><br>v.<br><br>United States of America et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:21-cv-04366 CAS(KKx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 21-01<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_May 27, 2021_          _R. Gary Klausner_ (signed: Gary Klausner)
Date                    United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          United States District Judge
Date

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  _2:21-cv-02803 RGK(MARx)_  and the present case:

[✓] A. Arise from the same or closely related transactions, happenings or events; or
[✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  _Kato_  to Magistrate Judge  _Rocconi_ .

On all documents subsequently filed in this case, please substitute the initials  _RGK(MARx)_  after the case number in place of the initials of the prior judge, so that the case number will read  _2:21-cv-04366 RGK(MARx)_ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  [ ] _Previous Judge_     [ ] _Statistics Clerk_

CV-34 (03/21)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)**