Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:     (213) 929-5550
Facsimile:   (213) 955-5794
Email:     *jisaacs@ifcounsel.com*
           *jfriedberg@ifcounsel.com*
           *wwargo@ifcounsel.com*

*Attorneys for Plaintiff John Joe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOE,** | Case No. 2-21-cv-04366-RGK-MAR |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)** |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official and individual capacities; and **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** in their individual capacities, | Assigned to Hon. R. Gary Klausner  Complaint Filed:    May 25, 2021 |
| Defendants. | |

1

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**

489508.1

1.     I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.     Pursuant to Fed. R. Civ. P. 4, on May 27, 2021, I caused to be served a true copy of the following listed documents in the manner and on the parties listed and described below:

**A.     List of Documents Served:**

1.     Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 1);

2.     Civil Case Cover (Dkt. No. 2);

3.     Request to Issue Civil Summons to Defendant United States of America (Dkt. No. 3);

4.     Request to Issue Civil Summons to Defendant Tracy Wilkison (Dkt. No. 4);

5.     Request to Issue Civil Summons to Defendant Kristi Koons Johnson (in her official and individual capacities) (Dkt. No. 5);

6.     Certification and Notice of Interested Parties (Dkt. No. 6);

7.     Notice of Related Cases (Dkt. No. 7);

8.     Notice of Assignment to Parties of Court-Directed ADR Program (Dkt. No. 8);

9.     Notice of Assignment to United States Judge Christina Snyder (Dkt. No. 9);

10.    Summons Issued (60 Days) – United States of America (Dkt. No. 10);

2

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**

489508.1

1      11.    Summons Issued (60 Days) –Tracy Wilkison (Dkt. No. 11); and

2      12.    Summons Issued (60 Days) – Kristi Koons Johnson (official and

3             individual capacities) (Dkt. No. 12).

4   **B.**   **Manner of Service**.  I caused the documents listed in paragraph 2.A. above to

5   be served via CERTIFIED MAIL by arranging to have our attorney service,

6   First Legal, place a true copy thereof in two separate sealed envelopes

7   addressed to the parties listed in paragraph 2.C. below, and personally

8   depositing same with the U.S. Postal Service office located in Los Angeles,

9   California, with postage thereon fully prepaid.  First Legal provided executed

10  Proofs of Service, which are attached hereto as **Exhibit A** and **Exhibit B**.

11  **C.**   **Party Served:**  UNITED STATES OF AMERICA – the documents listed in

12  paragraph 2.A. above were enclosed in two separate sealed envelopes on the

13  date indicated above and addressed as follows:

14          UNITED STATES OF AMERICA
            Civil Process Clerk
15          United States Attorney's Office
            300 N. Los Angeles Street, Suite 7516
16          Los Angeles, California 90012

17          UNITED STATES ATTORNEY GENERAL
            U.S. Department of Justice
18          950 Pennsylvania Avenue, NW
            Washington DC 20530-0001
19

20          I declare under penalty of perjury under the laws of the State of California

21  that the foregoing is true and correct.  Executed on June 2, 2021, at Los Angeles,

22  California.

23

24          Deanna Noe _____

25

26

27

28

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
UNITED STATES OF AMERICA (BY CERTIFIED MAIL SERVICE)**

489508.1

# Exhibit A

| Attorney or Party without Attorney:<br>Jeffrey B. Isaacs, (SBN: 117104)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br> Telephone No: 213-929-5550<br><br> Attorney For:  Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*  JOHN JOE,<br>*Defendant:*   UNITED STATES OF AMERICA; et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:21-cv-04366-CAS-KKx |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Request to Clerk to Issue Summons(USA); Request to Clerk to Issue Summons(Kristi Koons Johnson); Request to Clerk to Issue Summons(Tracy L. Wilkison); Summons in a Civil Action(USA); Summons in a Civil Action(Kristi Koons Johnson); Summons in a Civil Action(Tracy L. Wilkison); Complaint; Civil Cover Sheet; Notice of Related Cases [Local Rule 83-1.3.1]; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Parties Of Court−Directed Adr Program; Notice of Assignment to United States Judges

3. *a.* *Party served:*   UNITED STATES OF AMERICA
   *b.* *Person served:*   Served via U.S. Certified Mail, Article #7018 1130 0001 5960 3317
   *[Served Pursuant to Covid-19 Regulations]*

4. *Address where the party was served:*   300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012

5. *I served the party:*
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 27 2021 (2) at: 02:59 PM

6. **Person Who Served Papers:**
   a. Thomas Tilcock                                          **d.** ***The Fee*** *for Service was:* $58.12
   **b.** FIRST LEGAL
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*


05/28/2021
*(Date)*                                                                  *(Signature)*



**PROOF OF<br>SERVICE**

*5727970*<br>*(4669184)*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

Los Angeles, CA 90012

| Certified Mail Fee | $3.60 | | |
|---|---|---|---|
| $ | $2.85 | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $2.80 | | |
| $ | | | |
| Total Postage and Fees | | | |

Sent To

Street and Apt. No., or

City, State, ZIP+4

PS Form 3800, April 2

7018 1130 0001 5960 3317

UNITED STATES OF AMERICA
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

# Exhibit B

<table>
<tr><td colspan="2">

*Attorney or Party without Attorney:*
Jeffrey B. Isaacs, (SBN: 117104)
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, California, 90071
  Telephone No:  213-929-5550

  Attorney For:   Plaintiff
</td><td>*For Court Use Only*</td></tr>
</table>

|  |  |
|---|---|
| *Attorney For:*  Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*  JOHN JOE,
*Defendant:*   UNITED STATES OF AMERICA; et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:21-cv-04366-CAS-KKx |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Request to Clerk to Issue Summons (USA); Request to Clerk to Issue Summons (Kristi Koons Johnson); Request to Clerk to Issue Summons (Tracy L. Wilkison); Summons in a Civil Action (USA); Summons in a Civil Action (Kristi Koons Johnson); Summons in a Civil Action (Tracy L. Wilkison); Complaint; Civil Cover Sheet; Notice of Related Cases [Local Rule 83-1.3.1]; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Parties Of Court−Directed Adr Program; Notice of Assignment to United States Judges

3.  *a.*  *Party served:*      UNITED STATES ATTORNEY GENERAL - U.S. Department of Justice
    *b.*  *Person served:*     Served via U.S. Certified Mail, Article # 7018 1130 0001 5960 3300
                    *[Served Pursuant to Covid-19 Regulations]*

4.  *Address where the party was served:*   950 Pennsylvania Avenue, NW, Washington, DC 20530

5.  *I served the party:*
    a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 27 2021 (2) at: 02:57 PM

6.  **Person Who Served Papers:**
    a. Thomas Tilcock                           **d.** *The Fee* for Service was: $57.51
    **b. FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*


        05/28/2021
       _____                    _____
          *(Date)*                              *(Signature)*






7018 1130 0001 5960 3300

**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $3.60 | | 0800 |
|---|---|---|---|
| $ | | $2.85 | 30 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$2.80

Total Postage and Fees
$9.25

05/27/2021

Sent To **UNITED STATES ATTORNEY GENERAL**

Street and Apt. No., or **U.S. Department of Justice**

City, State, ZIP+4® **950 Pennsylvania Avenue, NW**

**Washington DC 20530-0001**

PS Form 3800, April