Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:     (213) 929-5550
Facsimile:   (213) 955-5794
Email:     *jisaacs@ifcounsel.com*
           *jfriedberg@ifcounsel.com*
           *wwargo@ifcounsel.com*

*Attorneys for Plaintiff John Joe*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOE,** | Case No. 2-21-cv-04366-RGK-MAR |
| Plaintiff, | |
| vs. | |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official and individual capacities; and **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** in their individual capacities, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT TRACY L. WILKISON (BY CERTIFIED MAIL SERVICE)** |
| | Assigned to Hon. R. Gary Klausner |
| | Complaint Filed:    May 25, 2021 |
| Defendants. | |

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
TRACY L. WILKISON (BY CERTIFIED MAIL SERVICE)

489509.1

1.   I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.   Pursuant to Fed. R. Civ. P. 4, on May 27, 2021, I caused to be served a true copy of the following listed documents in the manner and on the parties listed and described below:

**A.   List of Documents Served:**

1.   Complaint For: (1) Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g); (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Supporting Affidavit and Inventory (Dkt. No. 1);

2.   Civil Case Cover (Dkt. No. 2);

3.   Request to Issue Civil Summons to Defendant United States of America (Dkt. No. 3);

4.   Request to Issue Civil Summons to Defendant Tracy Wilkison (Dkt. No. 4);

5.   Request to Issue Civil Summons to Defendant Kristi Koons Johnson (in her official and individual capacities) (Dkt. No. 5);

6.   Certification and Notice of Interested Parties (Dkt. No. 6);

7.   Notice of Related Cases (Dkt. No. 7);

8.   Notice of Assignment to Parties of Court-Directed ADR Program (Dkt. No. 8);

9.   Notice of Assignment to United States Judge Christina Snyder (Dkt. No. 9);

10.   Summons Issued (60 Days) – United States of America (Dkt. No. 10);

11.   Summons Issued (60 Days) –Tracy Wilkison (Dkt. No. 11); and

2

1      12.    Summons Issued (60 Days) – Kristi Koons Johnson (official and

2      individual capacities) (Dkt. No. 12).

3 **B.**   **Manner of Service**.  I caused the documents listed in paragraph 2.A. above to

4 be served via CERTIFIED MAIL by arranging to have our attorney service,

5 First Legal, place a true copy thereof in a sealed envelope addressed to the

6 party listed in paragraph 2.C. below, and personally depositing same with the

7 U.S. Postal Service office located in Los Angeles, California, with postage

8 thereon fully prepaid.  First Legal provided an executed Proof of Service,

9 which is attached hereto as **Exhibit A**.

10 **C.**   **Party Served:**  TRACY L. WILKISON – the documents listed in

11 paragraph 2.A. were enclosed in a sealed envelope on the date indicated above

12 and addressed as follows:

13        TRACY L. WILKISON (Official Capacity)
c/o Civil Process Clerk
14        United States Attorney's Office
Federal Building
15        300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012
16

17      I declare under penalty of perjury under the laws of the State of California

18 that the foregoing is true and correct.  Executed on June 2, 2021, at Los Angeles,

19 California.

20

21                   Deanna Noe

22

23

24

25

26

27

28

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
TRACY L. WILKISON (BY CERTIFIED MAIL SERVICE)**

489509.1

# Exhibit A

| Attorney or Party without Attorney:<br>Jeffrey B. Isaacs, (SBN: 117104)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br>  Telephone No: 213-929-5550 | | For Court Use Only |
|---|---|---|
| <br>  Attorney For:  Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:  JOHN JOE,<br>Defendant:  UNITED STATES OF AMERICA; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-04366-CAS-KKx |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Request to Clerk to Issue Summons(USA); Request to Clerk to Issue Summons(Kristi Koons Johnson); Request to Clerk to Issue Summons(Tracy L. Wilkison); Summons in a Civil Action(USA); Summons in a Civil Action(Kristi Koons Johnson); Summons in a Civil Action(Tracy L. Wilkison); Complaint; Civil Cover Sheet; Notice of Related Cases [Local Rule 83-1.3.1]; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Parties Of Court−Directed Adr Program; Notice of Assignment to United States Judges

3. *a.   Party served:*        TRACY L. WILKISON, in her official capacity only
   *b.   Person served:*      Served via U.S. Certified Mail, Article #7018 1130 0001 5960 3324
   *[Served Pursuant to Covid-19 Regulations]*

4. *Address where the party was served:*    300 N. Los Angeles Street, Suite 7516, Los Angeles, CA 90012

5. *I served the party:*
   a. **By personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 27 2021 (2) at: 03:00 PM

6. **Person Who Served Papers:**
   a. Thomas Tilcock
   **b. FIRST LEGAL**
     1517 W. Beverly Blvd.
     LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee*** for Service was: $58.12

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/28/2021

*(Date)*

*(Signature)*



5727976
(4669187)



**TRACY L. WILKISON (Official Capacity)**
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012