TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, <u>ET AL.</u>,<br><br>        Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Complaint Served:<br>    May 27, 2021<br>Current response date:<br>    July 26, 2021<br>New response date:<br>    August 25, 2021 |

    Pursuant to Local Rule 8-3, plaintiff John Joe, on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and Kristi Koons Johnson ("Defendant Koons Johnson"), on the other hand, hereby stipulate and agree to extend

the time for Defendant USA and Defendant Koons Johnson to respond to the initial complaint served in this action.  The complaint was served on or about May 27, 2021 and the government response thereto is due sixty days thereafter on or about July 26, 2021 pursuant to Fed. R. Civ. P. 12(a)(2).  The parties by this stipulation agree to hereby extend the time for thirty days, from July 26, 2021 to August 25, 2021, for Defendant USA and Defendant Koons Johnson to file their respective answers or other responsive documents to the complaint.

Dated: July 26, 2021              Respectfully submitted

                                  TRACY L. WILKISON
                                  Acting United States Attorney
                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                          /s/
                                  ‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌
                                  ANDREW BROWN
                                  VICTOR A. RODGERS
                                  MAXWELL COLL
                                  Assistant United States Attorneys

                                  Attorneys for Defendants
                                  UNITED STATES OF AMERICA and
                                  TRACY L. WILKISON and KRISTI KOONS
                                  JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

2

| | | |
|---|---|---|
| 1 | Dated: July 26, 2021 | BRIAN M. BOYNTON |
| 2 | | Acting Assistant Attorney General, Civil Division |
| 3 | | C. SALVATORE D'ALESSIO, JR. |
| 4 | | Acting Director, Torts Branch, Civil Division |
| 5 | | RICHARD MONTAGUE |
| 6 | | Senior Trial Counsel, Torts Branch, Civil Division |

            /s/
_____
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-714
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez&usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON IN HER INDIVIDUAL CAPACITY

Dated: July 26, 2021            ISSACS FRIEDBERG LLP

            /s/
_____
JEFFREY ISSACS
WILLIAM WARGO

Attorneys for Plaintiff
JOHN JOE