TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, <u>ET AL.</u>,<br><br>        Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF JOHN JOE'S STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT;[PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT LODGED UNDER SEPARATE COVER** |

    Plaintiff Louis Loe ("plaintiff"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendant Kristi Koons Johnson in her individual

capacity ("Defendant Koons Johnson"), on the other hand, hereby stipulate and agree, by their respective counsel, as follows:

 Plaintiff filed a complaint on May 25, 2021 (docket no. 1), and Fed. R. Civ. P. 15(a)(1) allows a party to amend its pleading once as a matter of course within (a) 21 days after serving it; or (b) 21 days after service of a motion to dismiss under Fed. R. Civ. P. 12(g).  Rather than having Defendant USA and Defendant Koons Johnson (collectively, "Defendants") file a Fed. R. Civ. P. 12(b) motion to dismiss and then plaintiff filing a first amended complaint thereafter, the parties hereby stipulate and agree that plaintiff may file a first amended complaint on or before August 16, 2021.

Dated: July 27, 2021    Respectfully submitted,

           TRACY L. WILKISON
           Acting United States Attorney
           SCOTT M. GARRINGER
           Assistant United States Attorney
           Chief, Criminal Division


           _____/s/_____
           ANDREW BROWN
           VICTOR A. RODGERS
           MAXWELL COLL
           Assistant United States Attorneys

           Attorneys for Defendants
           UNITED STATES OF AMERICA and
           TRACY L. WILKISON and KRISTI KOONS
           JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

| | | |
|---|---|---|
| 1 | Dated: July 27, 2021 | BRIAN M. BOYNTON |
| 2 | | Acting Assistant Attorney General, Civil Division |

Dated: July 27, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

_____/s/_____
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-714
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez&usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON IN HER INDIVIDUAL CAPACITY

Dated: July 27, 2021

ISSACS FRIEDBERG LLP

_____/s/_____
JEFFREY ISSACS
WILLIAM WARGO

Attorneys for Plaintiff
LOUIS LOE