UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>            Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>[~~PROPOSED~~] **ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

     Pursuant to the stipulation between plaintiff John Joe ("plaintiff"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA") and defendant Kristi Koons Johnson in her individual capacity ("Defendant Koons Johnson"), on the other hand, and good cause

1

appearing therefor, IT IS HEREBY ORDERED that plaintiff may file a first amended complaint in this action.  The first amended complaint shall be filed on or before August 16, 2021.

Dated: July 28, 2021

*Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


            /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY