TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF JOHN JOE'S STIPULATION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

    Plaintiff John Joe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, hereby stipulate and agree, by their respective counsel, as follows:

Plaintiff filed a complaint on May 25, 2021. (docket no. 1). The parties then filed a stipulation to permit Plaintiff leave to file a first Amended Complaint on August 16, which Court granted. (docket nos. 20, 21). However, on August 5, 2021, the search and seizure warrant affidavits at the heart of this case were unsealed.

Plaintiff has determined that this bears upon his the amended complaint he initially sought to file and thus now seeks additional time to file an amended his complaint. The parties have discussed the matter and believe that this would be the most efficient way to proceed. Additionally, the parties have agreed upon a proposed briefing schedule, which the parties also seek in the related case *Louis Loe v. United States, et al.* 2:21-cv-03348. This will streamline the proceedings for both cases by setting a uniform briefing schedule between them. The proposed due dates are as follows:

<u>Amended Complaint</u>                                    August 23, 2021

<u>Defendants USA and Koons Johnson Briefing Schedule</u>

    Motion to Dismiss                            September 13, 2021

    Opposition Brief                             October 4, 2021

    Reply Brief                                  October 18, 2021

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, extending the time for Plaintiff to file an Amended Complaint and entering the proposed briefing schedule.

Dated: August 12, 2021            Respectfully submitted,

                                  TRACY L. WILKISON
                                  Acting United States Attorney
                                  SCOTT M. GARRINGER

```
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____/s/_____
                                    ANDREW BROWN
                                    VICTOR A. RODGERS
                                    MAXWELL COLL
                                    Assistant United States Attorneys

                                    Attorneys for Defendants
                                    UNITED STATES OF AMERICA and
                                    TRACY L. WILKISON and KRISTI KOONS
                                    JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: August 12, 2021              BRIAN M. BOYNTON
                                    Acting Assistant Attorney General,
                                    Civil Division

                                    C. SALVATORE D'ALESSIO, JR.
                                    Acting Director, Torts Branch, Civil
                                    Division

                                    RICHARD MONTAGUE
                                    Senior Trial Counsel, Torts Branch,
                                    Civil Division

                                    _____/s/_____
                                    JOSEPH A. GONZALEZ
                                    Trial Attorney, Torts Branch, Civil
                                    Division
                                    U.S. DEPARTMENT OF JUSTICE
                                    Ben Franklin Station
                                    P.O. Box 7146
                                    Washington, D.C. 20044-714
                                    (202) 598-3888 (phone)
                                    (202) 616-4314 (fax)
                                    joseph.a.gonzalez&usdoj.gov

                                    Attorneys for Defendant
                                    KRISTI KOONS JOHNSON, in her individual
                                    capacity

Dated: August 12, 2021              ISSACS FRIEDBERG LLP

                                    _____/s/_____
                                    JEFFREY ISSACS
                                    WILLIAM WARGO

                                    Attorneys for Plaintiff
                                    LOUIS LOE
```