1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11

| JOHN JOE, | Case No. 2:21-cv-04366-RGK-MAR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT AND TO SET A BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendants. | |

   Pursuant to the stipulation between plaintiff John Joe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to

file an Amended Complaint on or before August 23, 2021 and the following briefing schedule is entered:

<u>Defendant USA and Koons Johnson Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 13, 2021 |
| Opposition Brief | October 4, 2021 |
| Reply Brief | October 18, 2021 |

Dated: _____    _____
                                  THE HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


       /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY