BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
    U.S. DEPARTMENT OF JUSTICE
    Ben Franklin Station
    P.O. Box 7146
    Washington, D.C. 20044-7146
    (202) 598-3888 (phone)
    (202) 616-4314 (fax)
    joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON in her individual capacity

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**DEFENDANTS AND PLAINTIFF JOHN JOE'S STIPULATION TO SET A BRIEFING SCHEDULE; [PROPOSED] ORDER LODGED UNDER SEPARATE COVER** |

    Plaintiff John Joe and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, hereby stipulate and agree, by their respective counsel, as follows:

    Plaintiff filed a complaint on May 25, 2021. (docket no. 1). The parties then filed a stipulation to permit Plaintiff leave to file a

First Amended Complaint ("FAC") on August 16, which Court granted. (docket nos. 20, 21). As of now, the response to the FAC is due on August 30, 2021.

The parties have discussed the matter and have agreed upon a proposed briefing schedule, which the parties also seek in the related case *Louis Loe v. United States, et al.* 2:21-cv-03348. This will allow the parties sufficient time to brief the issues and streamline the proceedings for both cases by setting a uniform briefing schedule between them, as well as for defendants that currently have different response dates.  The proposed due dates are as follows:

<u>Defendants USA and Koons Johnson Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 13, 2021 |
| Opposition Brief | October 4, 2021 |
| Reply Brief | October 18, 2021 |

<u>Special Agent Defendants Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 24, 2021 |
| Opposition Brief | October 18, 2021 |
| Reply Brief | November 1, 2021 |

Accordingly, the parties respectfully request the Court to enter the proposed order, attached hereto, entering the proposed briefing schedule.

Dated: August 24, 2021          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

```
                                    RICHARD MONTAGUE
                                    Senior Trial Counsel, Torts Branch,
                                    Civil Division


                                           /s/
                                    ─────────────────────────────────
                                    JOSEPH A. GONZALEZ
                                    Trial Attorney, Torts Branch, Civil
                                    Division
                                    U.S. DEPARTMENT OF JUSTICE
                                    Ben Franklin Station
                                    P.O. Box 7146
                                    Washington, D.C. 20044-714
                                    (202) 598-3888 (phone)
                                    (202) 616-4314 (fax)
                                    joseph.a.gonzalez&usdoj.gov

                                    Attorneys for Defendant
                                    KRISTI KOONS JOHNSON, in her individual
                                    capacity


Dated: August 24, 2021              TRACY L. WILKISON
                                    Acting United States Attorney
                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                           /s/
                                    ─────────────────────────────────
                                    ANDREW BROWN
                                    VICTOR A. RODGERS
                                    MAXWELL COLL
                                    Assistant United States Attorneys

                                    Attorneys for Defendants
                                    UNITED STATES OF AMERICA and
                                    TRACY L. WILKISON and KRISTI KOONS
                                    JOHNSON IN THEIR OFFICIAL CAPACITY ONLY


Dated: August 24, 2021              ISSACS FRIEDBERG LLP


                                           /s/
                                    ─────────────────────────────────
                                    JEFFREY ISSACS
                                    WILLIAM WARGO

                                    Attorneys for Plaintiff
                                    LOUIS LOE
```

3