UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING A BRIEFING SCHEDULE** |

　　　Pursuant to the stipulation between plaintiff John Joe and defendants United States of America and Tracy L. Wilkison, Kristi Koons Johnson in their official capacity only (collectively, "Defendant USA"), defendant Kristi Koons Johnson in her individual capacity, and good cause appearing therefor, IT IS HEREBY ORDERED that the following briefing schedule is entered:

<u>Defendant USA and Koons Johnson Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 13, 2021 |
| Opposition Brief | October 4, 2021 |
| Reply Brief | October 18, 2021 |

<u>Special Agent Defendants Briefing Schedule</u>

| | |
|---|---|
| Motion to Dismiss | September 24, 2021 |
| Opposition Brief | October 18, 2021 |
| Reply Brief | November 1, 2021 |

Dated: _____    _____
                                THE HONORABLE R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:

BRIAN M. BOYNTON
Acting Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch,
Civil Division

           /s/
_____
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez@usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON, in her individual capacity