UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>     Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA AND TRACY L. WILKISON AND KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDITION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

The motion of Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on October 18, 2021.

The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's motion is granted.  Plaintiff's first amended complaint is dismissed as to Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only.

Dated: _____

                                          THE HONORABLE R. GARY LAUSNER
                                          UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


      /s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY