UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN JOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:21-cv-04366-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KRISTI KOONS JOHNSON'S (INDIVIDUAL CAPACITY ONLY) MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

    The motion of Defendant Kristi Koons Johnson (in her individual capacity only) to Dismiss the First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) came on regularly for hearing before this Court on October 18, 2021. The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion is granted. Plaintiff's complaint is dismissed as to Kristi Koons Johnson in her individual capacity only.

Dated: _____            _____
                            THE HONORABLE R. GARY KLAUSNER
                            UNITED STATES DISTRICT JUDGE

Presented By:
BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

/s/ *Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division

Attorneys for Defendant KRISTI KOONS JOHNSON in her individual capacity