AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| JOHN JOE, <br><br> *Plaintiff(s)* <br> v. <br><br> UNITED STATES OF AMERICA; <br> [see attached] <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-04366-RGK-MAR |

**SUMMONS IN A CIVIL ACTION**
ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*  Kathryn E. Bailey Dress (in her individual capacity only)
c/o Joseph A. Gonzalez, Trial Attorney
Constitutional & Specialized Torts Litigation, Civil Division
U.S. Department of Justice, Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey B. Isaacs, Esq.; Jerome H. Friedberg, Esq.;
William Wargo, Esq.
ISAACS | FRIEDBERG LLP
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone: (213) 929-5550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: September 1, 2021

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-04366-RGK-MAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SUM-200(A)**

| SHORT TITLE: Joe v. USA, et al. | CASE NUMBER: 2:21-cv-04366 |
|---|---|

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff  ☒ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

TRACY L. WILKISON, in her official capacity only;
KRISTI KOONS JOHNSON, in her official and individual capacities;
JUSTIN PALMERTON, in his individual capacities;
KATHRYN E. BAILEY DRESS, in her individual capacities;
DEZMOND BEVERLY, in his individual capacities;
JESSIE MURRAY, in her individual capacities;
LYNNE K. ZELLHART; in her individual capacities; and
DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10, in their individual capacities.

Page  3  of  3

Page 1 of 1