1  Jeffrey B. Isaacs (SBN 117104)
   Jerome H. Friedberg (SBN 125663)
2  William Wargo (SBN 189987)
   **ISAACS | FRIEDBERG LLP**
3  555 South Flower Street, Suite 4250
   Los Angeles, California 90071
4  Phone:      (213) 929-5550
   Facsimile:  (213) 955-5794
5  Email:   jisaacs@ifcounsel.com
            jfriedberg@ifcounsel.com
6           wwargo@ifcounsel.com

7  *Attorneys for Plaintiff John Joe*

9              **UNITED STATES DISTRICT COURT**
10              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN JOE,** | Case No. 2-21-cv-04366-RGK-MAR |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT JESSIE MURRAY (BY CERTIFIED MAIL SERVICE)** |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official and individual capacities; and **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** in their individual capacities, | Assigned to Hon. R. Gary Klausner |
| | Complaint Filed:   May 25, 2021 |
| Defendants. | |

1
**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT JESSIE MURRAY (BY CERTIFIED MAIL SERVICE)**

498576.1

1      1.     I, Deanna Noe, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled case. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2.     Pursuant to agreement of Joseph Gonzalez, Trial Attorney at United States Department of Justice, who is accepting service on behalf of Ms. Murray, on September 3, 2021, I caused to be served a true copy of the following listed documents in the manner and on the party listed and described below:

**A.**    **List of Documents Served:**

    1.    First Amended Complaint for (1) Return of Property; (2) Damages Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order Requiring Disclosure of Inventory (Dkt. No. 25); and

    2.    Summons Issued (60 Days) – Jessie Murray (Dkt. No. 35).

**B.**    **Manner of Service**. I caused the documents listed in paragraph 2.A. above to be served via CERTIFIED MAIL by arranging to have our attorney service, First Legal, place a true copy thereof in a sealed envelope addressed to the party listed in paragraph 2.C. below, and personally depositing same with the U.S. Postal Service office located in Los Angeles, California, with postage thereon fully prepaid. First Legal provided an executed Proof of Service, which is attached hereto as **Exhibit A**.

**C.**    **Party Served:**  JESSIE MURRAY – the documents listed in paragraph 2.A. above were enclosed in a sealed envelope on the date indicated above and addressed as follows:

> JESSIE MURRAY (In Her Individual Capacity Only)
> c/o Joseph A. Gonzalez, Trial Attorney
> Constitutional & Specialized Torts Litigation, Civil Division
> U.S. Department of Justice, Ben Franklin Station
> P.O. Box 7146
> Washington, DC 20044

//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 17, 2021, at Los Angeles, California.

_____
Deanna Noe

Exhibit A

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**Jeffrey B. Isaacs (SBN 117104)**<br>**ISAACS \| FRIEDBERG LLP**<br>**555 South Flower Street, Suite 4250**<br>**Los Angeles, California, 90071**<br>  *Telephone No:* 213-929-5550<br>  *Attorney For:* **Plaintiff**  *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* JOHN JOE
*Defendant:* UNITED STATES OF AMERICA, et al.

| **PROOF OF SERVICE**<br>By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-04366-RGK-MAR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action on First Amended Complaint; First Amended Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7018 1130 0001 5960 3805
   b. Date of Mailing: Fri, Sep 3, 2021
   c. Place of Mailing: MONTEREY PARK, CA
   d. Addressed as follows: JESSIE MURRAY, in her individual capacity only
   　　　　　　　　　　c/o Joseph A. Gonzalez, Trial Attorney
   　　　　　　　　　　Constitutional & Specialized Torts Litigation, Civil Division
   　　　　　　　　　　U.S. Department of Justice, Ben Franklin Station
   　　　　　　　　　　P.O. BOX 7146, Washington, DC 20044

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 3, 2021 in the ordinary course of business.

5. **Person Serving:**
   a. Thomas Tilcock
   b. **FIRST LEGAL**
   　　2501 DAVIDSON DRIVE
   　　3RD FLOOR
   　　MONTEREY PARK, CA 91754
   c. (213) 250-1111

   **d.** *The Fee* for Service was:

6. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/07/2021
(Date)　　　　　　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE　　　　　　　　　　　　　　　6082640
BY CERTIFIED MAIL　　　　　　　　　　　　　　　(4756387)