Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:   (213) 955-5794
Email:      *jisaacs@ifcounsel.com*
          *jfriedberg@ifcounsel.com*
          *wwargo@ifcounsel.com*

*Attorneys for Plaintiff John Joe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOE,** | Case No. 2-21-cv-04366-RGK-MAR |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT KATHRYN E. BAILEY DRESS (BY CERTIFIED MAIL SERVICE)** |
| **UNITED STATES OF AMERICA; TRACY L. WILKISON,** in her official capacity only; **KRISTI KOONS JOHNSON,** in her official and individual capacities; and **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** in their individual capacities, | Assigned to Hon. R. Gary Klausner Complaint Filed:    May 25, 2021 |
| Defendants. | |

1

1    1.    I, Deanna Noe, certify and declare that I am over the age of 18 years,

2  employed in the County of Los Angeles, State of California, and not a party to the

3  above-entitled case.  I hereby certify that I am employed in the office of a member of

4  the Bar of this Court at whose direction the service was made.

5    2.    Pursuant to agreement of Joseph Gonzalez, Trial Attorney at

6  United States Department of Justice, who is accepting service on behalf of

7  Ms. Bailey Dress, on September 3, 2021, I caused to be served a true copy of the

8  following listed documents in the manner and on the party listed and described

9  below:

10  **A.**    **List of Documents Served:**

11    1.    First Amended Complaint for (1) Return of Property; (2) Damages
       Pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau*
12       *of Narcotics*, 403 U.S. 388 (1971); (3) Declaratory Relief; and (4) Order
       Requiring Disclosure of Inventory (Dkt. No. 25); and
13

14    2.    Summons Issued (60 Days) – Kathryn E. Bailey Dress (Dkt. No. 38).

15  **B.**    **Manner of Service**.  I caused the documents listed in paragraph 2.A. above to

16       be served via CERTIFIED MAIL by arranging to have our attorney service,

17       First Legal, place a true copy thereof in a sealed envelope addressed to the

18       party listed in paragraph 2.C. below, and personally depositing same with the

19       U.S. Postal Service office located in Los Angeles, California, with postage

20       thereon fully prepaid.  First Legal provided an executed Proof of Service,

21       which is attached hereto as **Exhibit A**.

22  **C.**    **Party Served:**  KATHRYN E. BAILEY DRESS – the documents listed in

23       paragraph 2.A. above were enclosed in a sealed envelope on the date indicated

24       above and addressed as follows:

25       KATHRYN E. BAILEY DRESS (In Her Individual Capacity Only)
       c/o Joseph A. Gonzalez, Trial Attorney
26       Constitutional & Specialized Torts Litigation, Civil Division
       U.S. Department of Justice, Ben Franklin Station
27       P.O. Box 7146
       Washington, DC 20044
28

2
**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON
DEFENDANT KATHRYN E. BAILEY DRESS (BY CERTIFIED MAIL SERVICE)**

1    I declare under penalty of perjury under the laws of the State of California

2  that the foregoing is true and correct.  Executed on September 17, 2021, at

3  Los Angeles, California.

4

5  Deanna Noe

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON
DEFENDANT KATHRYN E. BAILEY DRESS (BY CERTIFIED MAIL SERVICE)**

# Exhibit A

| Attorney or Party without Attorney:<br>Jeffrey B. Isaacs (SBN 117104)<br>ISAACS \| FRIEDBERG LLP<br>555 South Flower Street, Suite 4250<br>Los Angeles, California, 90071<br>Telephone No: 213-929-5550<br><br>Attorney For:  Plaintiff | *Ref. No. or File No.:* | *For Court Use Only* |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff:  JOHN JOE<br>Defendant:   UNITED STATES OF AMERICA, et al. |
|---|

| PROOF OF SERVICE<br>By Certified Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-04366-RGK-MAR |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action on First Amended Complaint; First Amended Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:
   a. Certified Mail Receipt #: 7018 1130 0001 5960 3829
   b. Date of Mailing: Fri, Sep 3, 2021
   c. Place of Mailing: MONTEREY PARK, CA
   d. Addressed as follows: KATHRYN E. BAILEY DRESS, in her individual capacity only
                   c/o Joseph A. Gonzalez, Trial Attorney
                   Constitutional & Specialized Torts Litigation, Civil Division
                   U.S. Department of Justice, Ben Franklin Station
                    P.O. BOX 7146, Washington, DC 20044

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 3, 2021 in the ordinary course of business.*

5. *Person Serving:*
   a. Thomas Tilcock                           **d.** *The Fee for Service was:*
   **b. FIRST LEGAL**
       2501 DAVIDSON DRIVE
       3RD FLOOR
       MONTEREY PARK, CA 91754
   c. (213) 250-1111

6. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

              09/07/2021
                *(Date)*                        *(Signature)*

