Jeffrey B. Isaacs (SBN 117104)
Jerome H. Friedberg (SBN 125663)
William Wargo (SBN 189987)
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Phone:      (213) 929-5550
Facsimile:  (213) 955-5794
Email:    *jisaacs@ifcounsel.com*
          *jfriedberg@ifcounsel.com*
          *wwargo@ifcounsel.com*

*Attorneys for Plaintiff John Joe*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN JOE,** <br>     Plaintiff, <br> vs. <br> **UNITED STATES OF AMERICA;** <br> **TRACY L. WILKISON,** <br>     in her official capacity only; <br> **KRISTI KOONS JOHNSON,** <br>     in her official and individual capacities; <br> **JUSTIN PALMERTON,** <br>     in his individual capacity only; <br> **KATHRYN E. BAILEY DRESS,** <br>     in her individual capacity only; <br> **DEZMOND BEVERLY,** <br>     in his individual capacity only; <br> **JESSIE MURRAY,** <br>     in her individual capacity only; <br> **LYNNE K. ZELLHART,** <br>     in her individual capacity only and <br> **DOE UNIDENTIFIED FEDERAL LAW ENFORCEMENT AGENTS 1-10,** <br>     in their individual capacities, <br>     Defendants. | Case No. 2:21-cv-04366-RGK-MAR <br><br> Hon. R. Gary Klausner <br> Magistrate Judge Margo A. Rocconi <br><br> **JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** <br><br> Complaint filed:   May 25, 2021 <br> FAC filed:        August 16, 2021 |

1

## STIPULATION TO DISMISS THE CASE WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Joe and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity and Defendant Kristi Koons Johnson in her individual capacity hereby dismiss this action with prejudice. All parties are to bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted,

DATED: September 27, 2021            **ISAACS | FRIEDBERG LLP**

             */s/ Jeffrey B. Isaacs*
             Jeffrey B. Isaacs, Esq.
             Jerome H. Friedberg, Esq.
             William Wargo, Esq.

             *Attorneys for Plaintiff John Joe*

DATED: September 27, 2021            **TRACY L. WIKISON, ACTING UNITED STATES ATTORNEY,
SCOTT M. GARRINGER, ASSISTANT UNITED STATES CHIEF, CRIMINAL DIVISION**

             */s/ Victor A. Rodgers*
             Victor A. Rodgers, Esq.

             *Attorneys for Defendants United States of America, Tracy L. Wilkinson and Kristi Koons Johnson, in their official capacities*

Dated: September 27, 2021            BRIAN M. BOYNTON
             Acting Assistant Attorney General,
             Civil Division

             C. SALVATORE D'ALESSIO, JR.
             Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch,
Civil Division

      /s/
JOSEPH A. GONZALEZ
Trial Attorney, Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-714
(202) 598-3888 (phone)
(202) 616-4314 (fax)
joseph.a.gonzalez&usdoj.gov

Attorneys for Defendant
KRISTI KOONS JOHNSON, in her individual capacity